UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUNITA BALLARD, TASHA BOWEN, DEBRA DOYLE, ERIKA FORBES, REBECCA KLINGMAN, DEVRA SAWYER a\k\a ALANI WORRELL, LISA SIMMONS, and CINDY WELLS,<br><br>Plaintiffs,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation, ELTON EDUCATION, INC., a Washington corporation d/b/a BRYMAN COLLEGE; TIMOTHY ALLEN; a Washington State resident,<br><br>Defendants. | Case No. C06-5256 FDB<br><br>ORDER GRANTING CORINTHIAN COLLEGES INC.,'S MOTION TO COMPEL ARBITRATION OF DEBRA DOYLE |

This matter comes before the Court on Defendants' Motion to compel Plaintiff Debra Doyle to submit her claims to arbitration and dismiss her from this action. After reviewing all materials submitted by the parties and relied upon for authority, the Court is fully informed and hereby grants the motion to compel arbitration.

This action is related to and mirrors three other cases currently before this Court, *Fisher et al v. Corinthian Colleges, Inc.*, C05-5412; *Reed v. Corinthian Colleges, Inc., et al.*, C05-5601; and

ORDER - 1

*Anderson et al. V. Corinthian Colleges Inc., et al.*, C06-5157.  In *Fisher et al*., C05-5412, this Court determined that twenty-one select plaintiffs were subject to arbitration provisions contained in their written enrollment agreements. The Court entered an Order August, 9, 2005 [Dkt #23] compelling said plaintiffs to submit their claims to arbitration and dismissing their claims from the action pursuant to the terms of the arbitration provisions.  Subsequently, an additional plaintiff was found to be subject to arbitration and dismissed from the action by Stipulated Order of Dismissal [Dkt #33].  In the present action, Plaintiffs have not responded to the motion to compel arbitration of Debra Doyle's claims.  Local Rule 7(b)(2) of the Western District of Washington provides that failure to file papers in opposition may be deemed by the Court as an admission that the motion has merit. In light of the Court's prior consideration of the validity of the arbitration provisions and the Plaintiff's failure to respond, the Court finds Debra Doyle subject to arbitration.

ACCORDINGLY,

IT IS ORDERED:

1. Corinthian Colleges, Inc.'s Motion to Compel Arbitration of Debra Doyle [Dkt. #3] is **GRANTED** and her claims dismissed from this action.


DATED this 28th day of June, 2006.


FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2